# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC MCCULLOCH, et al., | ) Case No.: 1:16-cv-00157 DAD  JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 47) |
| BAKER HUGHES INTEQ DRILLING FLUIDS, INC., et al., | ) |
| Defendants. | ) |

On March 17, 2017, the parties notified the Court they have resolved the matter. (Doc. 47) Thus, the Court **ORDERS**:

1. The motion for preliminary approval of the class settlement **SHALL** be filed no later than April 7, 2017 and set before District Judge Dale A. Drozd for hearing.

All further dates will be set in the order preliminarily approving the class settlement.

IT IS SO ORDERED.

Dated:  **March 19, 2017**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

1